CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2019 FEB 7 PM 1 38

FILED
BY _____
DEPUTY



MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| SHEILA REUTER, individually and as parent and next best friend of SAMANTHA REUTER and REBEKAH REUTER,<br><br>Plaintiffs,<br><br>-vs-<br><br>PAUL REUTER, STATE OF MONTANA, STATE OF MONTANA DEPARTMENT OF TRANSPORTATION, FARMERS INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY, and JOHN DOES I & II,<br><br>Defendants. | Hon. Donald L. Harris<br>**CAUSE NO. DV 15-0041**<br><br><br>**DV 19-0160**<br>**DONALD HARRIS**<br><br><br>**ORDER GRANTING SEVERANCE** |
| PAUL REUTER,<br><br>Cross-Claimant,<br><br>-vs-<br><br>FARMERS INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY, and JOHN DOES I & II,<br><br>Cross-Defendants. | |

ORDER  Page 1

Before the Court is Mid-Century Insurance Company's Unopposed Motion to Sever. None of the non-moving parties oppose the motion. Having considered the motion in conjunction with the Montana Rules of Civil Procedure, the motion is GRANTED. The clerk will assign a separate cause number the case titled PAUL REUTER, SHEILA REUTER, individually and as parent and next best friend of SAMANTHA REUTER and REBEKAH REUTER v. FARMERS INSURANCE EXCHANGE and MID-CENTURY INSURANCE COMPANY.

DATED this 5th day of February, 2018.

DONALD L. HARRIS, DISTRICT JUDGE

cc  Shane Colton / Jaclyn S. Laferriere [*Edmiston & Colton Law Firm*]
Maxon R. Davis [*Davis, Hatley, Haffeman & Tighe*]
Courtney Cosgrove
Shawn P. Cosgrove / Geoffrey T. Cunningham [*Parker, Heitz & Cosgrove*]
Colin Gerstner [*Gerstner Law*]
Steven Thuesen [*Steven Thuesen*]
Nicholas J. Pagnotta / Alexander T. Tsomaya [*Williams Law Firm*]

ORDER    Page 2