# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| PAUL REUTER, SHEILA REUTER, individually and as parent and next best friend of SAMANTHA REUTER and REBEKAH REUTER,<br><br>Plaintiffs,<br><br>-vs-<br><br>FARMERS INSURANCE EXCHANGE, and MID-CENTURY INSURANCE COMPANY,<br><br>Defendants. | CV-19-022-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 6), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney's fees.

Dated this 16th day of April, 2019.

Susan P. Watters
United States District Judge